FILE COPY

No. 07-13-00207-CR

| | | |
|---|---|---|
| Whitney Nicole Carter<br>  Appellant | § | From the 100th District Court<br>  of Carson County |
| | § | |
| v. | | April 27, 2015 |
| | § | |
| The State of Texas<br>  Appellee | § | Opinion by Justice Campbell |
| | § | |

## J U D G M E N T

Pursuant to the opinion of the Court dated April 27, 2015, it is ordered, adjudged and decreed that the judgment of the trial court be reversed and this cause is remanded to the trial court.

It is further ordered that this decision be certified below for observance.

o O o